88/5605



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ZURN INDUSTRIES, INC., Appellant

No. 05-99-00451-CV       V.

SOUTHWEST SECURITIES, INC. and
DARRELL TODD, Appellees

Appeal from the 193rd Judicial District Court
of Dallas County, Texas. (Tr.Ct.No. Cause
No. 97-00548-L).
Opinion delivered by Justice Moseley,
Justices Ovard and Roach participating.

Based on the Court's opinion of this date, the judgment of the trial court is **VACATED** and **DISMISSED**. It is **ORDERED** that each party bear it own costs of this appeal including attorney's fees. The obligations of Zurn Industries, Inc., as principal, and Old Republic Security Company, as surety, on appellant's supersedeas bond are discharged.

Judgment entered October 20, 1999.

JIM MOSELEY
JUSTICE

**DISMISS and Opinion Filed October 20, 1999**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-99-00451-CV
_____

ZURN INDUSTRIES, INC., Appellant,

V.

SOUTHWEST SECURITIES, INC. AND DARRELL TODD, Appellees.

On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 97-00548-L

## OPINION

Before Justices Ovard, Moseley, and Roach
Opinion by Justice Moseley

Pursuant to the parties' October 7, 1999 joint agreed motion to vacate the trial court's judgment and to dismiss with prejudice, we **GRANT** the motion and **VACATE** the trial court's judgment and order the trial judge to **DISMISS** cause number 97-0548-L with prejudice. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(e).

Each party is **ORDERED** to bear their own costs of this appeal including attorney's fees.

The obligations of Zurn Industries, Inc., as principal, and Old Republic Security Company, as surety, on appellant's supersedeas bond are discharged.

_____
JIM MOSELEY
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-99-00451-CV    Date Filed: 03/17/1999

Style: Zurn Industries, Inc.
v.
Southwest Securities, Inc. and Darrell Todd

Trial Judge:              Evans, David
Trial Court Reporter:         Pauly, Wynne
Trial Court:              193RD DISTRICT COURT  Trial County:  DALLAS

---

ANT   James S. Teater
ATT 019757425
Jones, Day, Reavis & Pogue
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
Phone 214/220-3939
Fax 214/969-5100

APE   Richard Illmer
ATT 010388350
Brown, McCarroll & Oaks Hartline, L.L.P.
Suite 1400
300 Crescent Court
Dallas, TX 75201-6929
Phone 214/999-6100
Fax 214/999-6170

APE   Craig A. Morgan
ATT 014435330
Brown McCarroll Oaks & Hartline, L.L.P.
111 Congress Ave, Ste 1400
Austin, Tx 78701-4043
Phone 512/472-5456
Fax 512/479-1101

COURTNEY BASS
HIGLAND PARK PLACE
4514 COLE AVE  SUITE 1020
DALLAS  TX 75205